**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1232**

KENNETH D. LIGGINS,

Plaintiff - Appellant,

versus

MELVILLE JOHNSON, P.C.; GEORGE MELVILLE
JOHNSON; CHRISTOPHER VAUGHN; DAWN M. RIVERA;
MARK THACKER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:06-cv-00901-GBL)

Submitted: August 27, 2007          Decided: September 6, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth D. Liggins, Appellant Pro Se. Jeffrey Hamilton Geiger,
SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth D. Liggins appeals the district court's order dismissing his civil complaint without prejudice for lack of subject matter jurisdiction and for improper venue.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See Liggins v. Melville Johnson, P.C.</u>, No. 1:06-cv-00901-GBL (E.D. Va. filed Jan. 4, 2007; entered Jan. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]Appellees contend we lack jurisdiction because the notice of appeal was not timely filed. However, because the judgment was not set forth on a separate document, the time for noting an appeal did not begin to run until 150 days from entry of the order and the appeal was timely. <u>See</u> Fed. R. App. P. 4(a)(2), (7).